UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Thomas C. Backenstose, Jr.                                Case No._____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[X] **Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

[ ] **Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

  [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [X] Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____*[signature]*_____ Date:_____

*********************************************************************

[ ] **Joint Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

[ ] **Joint Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

  [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor:_____ Date: _____

THOMAS BACKENSTOSE DMD PA    8274-000200                          17-0583   05/30/2008   11004
FARIBAULT,MN  55021                                                910

PAY TO THE          THOMAS BACKENSTOSE
ORDER OF            7229 LOUIS RIDGE PKWY                          $ ********205.11**
                    EDINA MN  55439

************************************************TWO HUNDRED FIVE AND 11/100**DOLLARS

PRIVATE BANK MINNESOTA                                 ** Non Negotiable **
MINNEAPOLIS,MN 55402                                    Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

| YOUR BANKING | EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| | REGULAR | | | 500.00 | |
| | TOTAL EARNINGS | | | 500.00 | 7200.00 |

| EMPLOYER INFORMATION | FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| THOMAS BACKENSTOSE DMD PA | | SOC SEC | 31.00 | 446.40 |
| | | MEDICARE | 7.25 | 104.40 |
| FARIBAULT,MN  55021 | S 03 | FEDERAL | 0.00 | 21.22 |
| | S 03 | MN | 0.00 | 12.38 |

PAY PERIOD 05/11/08 TO 05/24/08
CHECK DATE 05/30/08   CHECK # 11004

| | TOTAL WITHHOLDINGS | | 38.25 | 584.40 |
|---|---|---|---|---|

| PERSONAL INFORMATION | ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| THOMAS BACKENSTOSE | OTHER COMP | PX401EEPRE | 256.64 - | 3592.96 - |
| 7229 LOUIS RIDGE PKWY | | PX401ERMAT | 20.00 | 288.00 |
| EDINA MN  55439 | | | | |

SS# XXX-XX-0599 EMPL# 000018 DEPT# 000200

| | TOTAL ADJUSTMENTS | | 256.64- | |
|---|---|---|---|---|

PAYROLLS BY PAYCHEX.

```
THOMAS BACKENSTOSE DMD PA        8274-000200
FARIBAULT,MN  55021                                             17-0583   05/16/2008   11000
                                                                910
```

PAY TO THE
ORDER OF

THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439

$ ********205.11**

PAYROLLS BY PAYCHEX.

**********************************************TWO HUNDRED FIVE AND 11/100**DOLLARS

PRIVATE BANK MINNESOTA
MINNEAPOLIS,MN 55402

**\*\* Non Negotiable \*\***
Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 500.00 | |
| TOTAL EARNINGS | | | 500.00 | 6700.00 |

**EMPLOYER INFORMATION**

THOMAS BACKENSTOSE DMD PA
FARIBAULT,MN  55021

PAY PERIOD 04/27/08 TO 05/10/08
CHECK DATE 05/16/08   CHECK # 11000

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 31.00 | 415.40 |
| | MEDICARE | 7.25 | 97.15 |
| S 03 | FEDERAL | 0.00 | 21.22 |
| S 03 | MN | 0.00 | 12.38 |
| TOTAL WITHHOLDINGS | | 38.25 | 546.15 |

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| OTHER COMP | PX401EEPRE | 256.64 - | 3336.32 - |
| | PX401ERMAT | 20.00 | 268.00 |
| TOTAL ADJUSTMENTS | | 256.64- | |

**PERSONAL INFORMATION**
THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439

SS# XXX-XX-0599  EMPL# 000018  DEPT# 000200

PAYROLLS BY **PAYCHEX.**

| THOMAS BACKENSTOSE DMD PA | 8274-000200 | | | |
|---|---|---|---|---|
| FARIBAULT, MN 55021 | | 17-0583 910 | 05/02/2008 | 10994 |

**PAY TO THE ORDER OF**   THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439               $ ********205.11**

************************************************TWO HUNDRED FIVE AND 11/100**DOLLARS

PRIVATE BANK MINNESOTA                    ** Non Negotiable **
MINNEAPOLIS, MN 55402                         Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

### EARNINGS

| | | | |
|---|---|---|---|
| REGULAR | | 500.00 | |
| TOTAL EARNINGS | | 500.00 | 6200.00 |

### FILING STATUS / TAXES

| | FILING | TAX | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| | | SOC SEC | 31.00 | 384.40 |
| | | MEDICARE | 7.25 | 89.90 |
| | S 03 | FEDERAL | 0.00 | 21.22 |
| | S 03 | MN | 0.00 | 12.38 |
| TOTAL WITHHOLDINGS | | | 38.25 | 507.90 |

### ADJUSTMENTS

| | | | |
|---|---|---|---|
| OTHER COMP | PX401EEPRE | 256.64 - | 3079.68 - |
| | PX401ERMAT | 20.00 | 248.00 |
| TOTAL ADJUSTMENTS | | 256.64- | |

### EMPLOYER INFORMATION
THOMAS BACKENSTOSE DMD PA
FARIBAULT, MN 55021

PAY PERIOD 04/13/08 TO 04/26/08
CHECK DATE 05/02/08   CHECK # 10994

### EMPLOYEE INFORMATION
THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439

SS# XXX-XX-0599 EMPL# 000018 DEPT# 000200

```
THOMAS BACKENSTOSE DMD PA     8274-000200                    17-0583   04/18/2008   10990
FARIBAULT,MN  55021                                          910
```

PAY TO THE
ORDER OF

THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN   55439

$ ********205.11**

****************************************************TWO HUNDRED FIVE AND 11/100**DOLLARS

PRIVATE BANK MINNESOTA
MINNEAPOLIS,MN 55402

**\*\* Non Negotiable \*\***
Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

### YOUR ??? / EARNINGS

| EARNINGS | HOURS | AMOUNT |
|---|---|---|
| REGULAR | | 500.00 |
| TOTAL EARNINGS | 500.00 | 5700.00 |

### EMPLOYEE INFORMATION / FILING STATUS

THOMAS BACKENSTOSE DMD PA
FARIBAULT,MN  55021

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
|  | SOC SEC | 31.00 | 353.40 |
|  | MEDICARE | 7.25 | 82.65 |
| S 03 | FEDERAL | 0.00 | 21.22 |
| S 03 | MN | 0.00 | 12.38 |

PAY PERIOD 03/30/08 TO 04/12/08
CHECK DATE 04/18/08   CHECK # 10990

| TOTAL WITHHOLDINGS | 38.25 | 469.65 |
|---|---|---|

### PERSONAL INFORMATION / ADJUSTMENTS

THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN   55439

SS# XXX-XX-0599 EMPL# 000018 DEPT# 000200

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| OTHER COMP | PX401EEPRE | 256.64 - | 2823.04 - |
|  | PX401ERMAT | 20.00 | 228.00 |
| TOTAL ADJUSTMENTS | | 256.64- | |

## YOUR BANKING

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 500.00 | |
| | | | | |
| TOTAL EARNINGS | | | 500.00 | 5200.00 |

## EMPLOYER INFORMATION

THOMAS BACKENSTOSE DMD PA

FARIBAULT, MN  55021

PAY PERIOD 03/23/08 TO 04/05/08
CHECK DATE 04/11/08   CHECK # 10984

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 31.00 | 322.40 |
| | MEDICARE | 7.25 | 75.40 |
| S 03 | FEDERAL | 0.00 | 21.22 |
| S 03 | MN | 0.00 | 12.38 |
| TOTAL WITHHOLDINGS | | 38.25 | 431.40 |

## PERSONAL INFORMATION

THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439

SS#  XXX-XX-0599  EMPL# 000018  DEPT# 000200

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| OTHER COMP | PX401EEPRE | 256.64 - | 2566.40 - |
| | PX401ERMAT | 20.00 | 208.00 |
| TOTAL ADJUSTMENTS | | 256.64- | |

Payrolls by Paychex, Inc.
0056  **8274**  0001   000200

NET PAY         205.11        2202.20

THOMAS BACKENSTOSE DMD PA        8274-000200                                              17-0583    04/04/2008    **10983**
FARIBAULT,MN  55021                                                                          910

**PAY TO THE**  
**ORDER OF**     THOMAS BACKENSTOSE  
                7229 LOUIS RIDGE PKWY                                          $  ********205.11**
                EDINA MN   55439

****************************************************TWO HUNDRED FIVE AND 11/100**DOLLARS

PRIVATE BANK MINNESOTA                                  **\*\* Non Negotiable \*\***
MINNEAPOLIS,MN 55402                                      Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID

| EARNINGS | HOURS | AMOUNT |
|---|---|---|
| REGULAR | | 500.00 |
| TOTAL EARNINGS | 500.00 | 4700.00 |

THOMAS BACKENSTOSE DMD PA
FARIBAULT,MN  55021

|  | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 31.00 | 291.40 |
| | MEDICARE | 7.25 | 68.15 |
| S 03 | FEDERAL | 0.00 | 21.22 |
| S 03 | MN | 0.00 | 12.38 |

PAY PERIOD 03/16/08 TO 03/29/08
CHECK DATE 04/04/08   CHECK # 10983

| TOTAL WITHHOLDINGS | 38.25 | 393.15 |
|---|---|---|

THOMAS BACKENSTOSE
7229 LOUIS RIDGE PKWY
EDINA MN  55439

SS# XXX-XX-0599 EMPL# 000018 DEPT# 000200

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| OTHER COMP | PX401EEPRE | 256.64 - | 2309.76 - |
| | PX401ERMAT | 20.00 | 188.00 |
| TOTAL ADJUSTMENTS | | 256.64- | |

PAYROLLS BY **PAYCHEX.**